```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2023
```

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

- against -

MARA BEAUTY, LLC,

                      Defendant.
-------------------------------------------------------------X

Case No.   1:23-cv-3153-MKV

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Mara Beauty, LLC.

Dated: Scarsdale, New York
       August 14, 2023

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff
                                      By: /s/ Dan Shaked
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com

---

**Granted. SO ORDERED.**
**The Clerk of Court is respectfully requested to close this case.**

Date: 9/4/2023
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge